UNITED STATES DISTRICT COURT

FOR THE EASTERN DISRICT OF Kentucky

SOUTHERN DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, <br> United States Department of Labor, <br>       Plaintiff <br><br> v. <br><br><br> CAM MINING LLC <br><br>       Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. _____ <br> ) <br> ) <br> )    **C O M P L A I N T** <br> )    (**Injunctive Relief Sought**) <br> ) <br> ) |

Plaintiff brings this action pursuant to § 108 of the Act, 30 U.S.C. § 818, to have Defendant enjoined from violating the provisions of § 103, 104 and 108 of the Federal Mine Safety and Health Act of 1977, as amended, 30 U.S.C. § 801, et seq., hereinafter the Act.

**I**

This Court has jurisdiction over this action pursuant to §108 of the Act and Rule 65 of the Federal Rules of Civil Procedure.

**II**

Defendant, CAM Mining, LLC. at all times hereinafter mentioned, has been a corporation having a place of business and doing business in Pike County, Kentucky.

**III**

At all times hereinafter mentioned:

Defendant operates coal mines, the products of which enter commerce, or the operations or products of which affect commerce, and as such is subject to the provisions of the Federal Mine Safety and Health Act as amended. 30 U.S.C. § 803.

**IV**

In June 2011, defendant violated the provisions of §§ 108(a) and 108(b) of the Act, 29 U.S.C. §§ 218(a) and 218(b), by violating an order issued pursuant to the Act and interfered with, hindered or delayed an inspection conducted under the Act by permitting notice of an inspection to be communicated from the surface operations of the mines to persons working underground.

WHEREFORE, cause having been shown, plaintiff prays for Judgment pursuant to § 108 of the Act, 20 U.S.C. § 818, permanently enjoining defendant, its agents, servants, employees, contractors, subcontractors, and all persons in active concert or participation with it from violating the provisions of § 108 of the Act, 29 U.S.C. § 818, and for such other relief as may be available.

    Respectfully submitted,

    M. PATRICIA SMITH
    Solicitor of Labor

    STANLEY E. KEEN
    Regional Solicitor

POST OFFICE ADDRESS:    THERESA BALL
    Associate Regional Solicitor

Office of the Solicitor
U. S. Department of Labor
618 Church Street    /s/ Mary Sue Taylor
Suite 230    MARY SUE TAYLOR
Nashville, Tennessee 37215-2862    Attorney

Phone: (615) 781-5330 ext. 225    U. S. Department of Labor
Fax: (615) 781-5321    Attorneys for the Secretary
E-mail: nash.fedcourt@dol.gov
       Taylor.Mary@dol.gov