UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF KENTUCKY

SOUTHERN DIVISION

Eastern District of Kentucky
FILED
JUN 3 0 2011
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, ) ) ) | |
| Plaintiff ) ) | |
| v. ) | Civil Action No. 7:11-cv-00104-ART |
| CAM MINING, LLC ) ) ) ) | **PROPOSED ORDER** **(Injunctive Relief Sought)** |
| Defendant ) | |

## TEMPORARY RESTRAINING ORDER

1. Jurisdiction for this matter is granted by 30 U.S.C. §§ 801 et seq. The defendant, CAM Mining, LLC owns and operates mines located in the Commonwealth of Kentucky which produce coal for resale in interstate commerce and thus are subject to the requirements of the Federal Mine Safety and Health Act of 1977.

2. This matter came before this Court on June 23, 2011, upon plaintiff's complaint and the declaration of Federal Coal Mine Inspectors Gerald W. McMasters, Anthony Burke, and Vicki Mullins that defendant committed acts in violation of 30 U.S.C. 813(a). On June 17, 2011, inspectors from the Mine Safety and Health Administration attempted to inspect the No. 28 mine operated by defendant CAM Mining, LLC. The MSHA inspectors told the defendant's agents that no advance notice was to be given to the miners working underground about the inspectors' presence. Before the inspectors started underground, the miners working underground

1

were given advance notice of the inspection. The notice was given by means of a mine telephone by defendant's agents and employees. Such advance notice interfered with, hindered or delayed the inspectors from carrying out the provisions of the Federal Mine Safety and Health Act. This notice was given over an order issued under the provisions of the Act.

Pursuant to the power granted this court by 30 U.S.C. § 818(a) and Rule 65 of the Federal Rules of Civil Procedure it is:

**ORDERED** that defendant, its agents, servants, employees, all persons in active concert or participation with it and all other parties who receive actual notice of this order by personal service or otherwise, be **RESTRAINED** from interfering with, hindering or delaying an inspection by the Federal Mine Safety and Health Administration by the giving advance notice to any person working underground of a pending inspection by the Mine Safety and Health Administration, United States Department of Labor. Advance notice constitutes any means of communication including, but not limited to, the mine telephone or any other device and includes any use of signals or devices intended to give notice of an inspection. Notice may only be given when an inspector from the Federal Mine Safety and Health Administration specifically orders that such notice be given as an exception to the prohibition as provided for in the Act. This Temporary Restraining Order will expire upon the entry of an order following a hearing on the preliminary injunction motion to be held on July 18, 2011, or upon entry of an agreed permanent injunction, whichever occurs first.

Dated at _____, __, at 4 o'clock p.m., (EDT) on this the 30th day of June, 2011.

Signed By:
Amul R. Thapar
United States District Judge

Amul R. Thapar
UNITED STATES DISTRICT JUDGE