UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF KENTUCKY

SOUTHERN DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>      Plaintiff<br><br>v.<br><br>CAM MINING, LLC,<br><br>      Defendant | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 7:11-CV-00104-ART<br>)<br>)<br>)<br>) |

## **JOINT MOTION FOR ENTRY OF PERMANENT INJUNCTION**

The parties, by and through their undersigned attorneys, move the Court to enter the attached permanent injunction pursuant to § 108 of the Federal Mine Safety and Health Act of 1977, 30 U.S.C. § 818, et seq.

| | |
|---|---|
| /s/ Mark E. Heath<br>MARK E. HEATH<br>Attorney | /s/ Mary Sue Taylor<br>MARY SUE TAYLOR<br>Attorney |
| Spilman Thomas & Battle, PLLC<br>300 Kanawha Boulevard, East<br>Post Office Box 273<br>Charleston, WV 25321 | U.S. Department of Labor<br>Office of the Solicitor<br>618 Church St., Suite 230<br>Nashville, TN 37219 |
| mheath@spilmanlaw.com | taylor.mary@dol.gov<br>nash.fedcourt@dol.gov |